UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of December, two thousand and fourteen,

**DANIEL J. CUTIE** and **CUTIE PHARMA-CARE, INC.**,

*Plaintiffs-Appellants,*

-against-

**JAMES C. COX**, Acting New York State Medicaid Inspector General, in his official capacity, **JAMES G. SHEEHAN**, former New York State Medicaid Inspector General, in his individual capacity, **ANGELO J. RUPERTO**, in his individual and official capacities, **MARTIN McMAHON**, in his individual and official capacities, **JOHN and JANE DOES # 1-20** in their individual and official capacities,

*Defendants-Appellees.*

Docket No.
14-3855

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by **March 3, 2015**. The time tolled under LR 31.2 if any, begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: December 29, 2014

_____
Attorney for Appellants

David M. Cost – Hiscock & Barclay, LLP
Print Name and Firm

Date: December 29, 2014

_____
Attorney for Appellees Cox, Ruperto & Sheehan

Victor G. Paladino – NYS Attorney General's Office
Print Name and Firm

Date: December 29, 2014

_____
Attorney for Appellee McMahon

Margaret E. Dunham – O'Connor, O'Connor, Bresee & First, P.C.
Print Name and Firm